| | | |
|---|---|---|
| LI FU<br>5026 Autumn Glow Way<br>Perry Hall, MD  21128 | * | IN THE |
| | * | CIRCUIT COURT |
| and | * | FOR |
| WEIPING SHEN<br>5026 Autumn Glow Way<br>Perry Hall, MD  21128 | * | BALTIMORE CITY |
| | * | |
| Plaintiffs | * | |
| v. | * | |
| RUSALBEK ALLABERGANOV<br>571 Selma Street<br>Philadelphia, PA  19116 | * | |
| | * | |
| and | * | |
| DONIYOR TRANSPORTATION, INC.<br>571 Selma Street<br>Philadelphia, PA  19116<br>**SERVE ON:**  Rusalbek Allaberganov<br>    Doniyor Transportation, Inc.<br>    10900 Bustleton Avenue, B-106<br>    Philadelphia, PA  19116 | *<br><br>*<br><br>*<br><br>* | <br><br><br><br><br><br>CASE NO.: |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT

NOW COMES Li Fu ("Fu") and Weiping Shin ("Shin"), Plaintiffs, by and through their attorneys Timothy J. Capurso and Gordon Feinblatt LLC, and hereby sues Rusalbek Allaberganov ("Allaberganov") and Doniyor Transportation, Inc. ("Doniyor"), Defendants, and, in support thereof, state as follows:

## FACTS COMMON TO ALL COUNTS

1. On or about February 24, 2020 at approximately 9:15 a.m., Plaintiff Fu was operating a motor vehicle, traveling southbound on Interstate 95, approaching mile marker 64, in Baltimore, Maryland.

2. At all times herein Plaintiff Shin was seated as the front seat passenger in the vehicle driven by his wife, Plaintiff Fu.

3. At the same time and approximate location, Defendant Allaberganov was operating a tractor trailer, traveling directly behind the vehicle occupied by Plaintiffs.

4. At all times herein relevant, Defendant Allaberganov was operating a tractor trailer owned by Defendant Doniyor; was operating said tractor trailer as the agent, servant, and/or employee of Defendant Doniyor; was operating said tractor trailer in furtherance of his employment with Defendant Doniyor; and was operating said tractor trailer with the express permission and knowledge of Defendant Doniyor.

5. Given a lane closure, secondary to construction on Interstate 95, Plaintiff Fu slowed her vehicle to a stop at which time Defendant Allaberganov, who failed to pay proper time and attention to the roadway, rear-ended the vehicle occupied by Plaintiffs.

6. Plaintiffs in no way caused or contributed to the accident in question.

## COUNT I
## Negligence

Plaintiff Li Fu hereby sues Defendants Rusalbek Allaberganov and Doniyor Transportation, Inc., and states:

7. Plaintiff Fu does hereby incorporate and reallege all of the statements and allegations contained in paragraphs 1 through 6 of this Complaint as if fully stated herein.

8. Defendants owed a duty of ordinary and reasonable care to Plaintiff Fu, and breached said duty of care by: (a) failing to avoid a collision with the vehicle operated by Plaintiff Fu; (b) failing to maintain proper lookout and control of the tractor trailer he was operating; (c) failing to reduce his speed to avoid a collision; (d) failing to maintain an appropriate following distance; and (e) in other respects was careless, reckless, and/or negligent.

9. As a direct and proximate result of Defendants' negligence, Plaintiff Fu suffered severe and possibly permanent physical injuries, pain and suffering, psychological harm, and other damages.

10. Plaintiff Fu further avers that all of her injuries, losses, and damages, past, present, and prospective, are due solely to and by reason of the negligence on the part of Defendants, without any negligence or want of due care on the part of Plaintiff Fu, directly or indirectly thereunto contributing.

WHEREFORE, Plaintiff Li Fu sues Defendants Rusalbek Allaberganov and Doniyor Transportation, Inc., and claims damages in excess of Seventy-Five Thousand Dollars ($75,000.00).

## COUNT II
### Negligence

Plaintiff Weiping Shin hereby sues Defendants Rusalbek Allaberganov and Doniyor Transportation, Inc., and states:

11. Plaintiff Shin does hereby incorporate and reallege all of the statements and allegations contained in paragraphs 1 through 6 of this Complaint as if fully stated herein.

12. Defendants owed a duty of ordinary and reasonable care to Plaintiff Shin, and breached said duty of care by: (a) failing to avoid a collision with the vehicle occupied by Plaintiff Shin; (b) failing to maintain proper lookout and control of the tractor trailer he was

operating; (c) failing to reduce his speed to avoid a collision; (d) failing to maintain an appropriate following distance; and (e) in other respects was careless, reckless, and/or negligent.

13. As a direct and proximate result of Defendants' negligence, Plaintiff Shin suffered severe and possibly permanent physical injuries, pain and suffering, psychological harm, and other damages.

14. Plaintiff Shin further avers that all of his injuries, losses, and damages, past, present, and prospective, are due solely to and by reason of the negligence on the part of Defendants, without any negligence or want of due care on the part of Plaintiff Shin, directly or indirectly thereunto contributing.

WHEREFORE, Plaintiff Weiping Shin sues Defendants Rusalbek Allaberganov and Doniyor Transportation, Inc., and claims damages in excess of Seventy-Five Thousand Dollars ($75,000.00).

/s/ Timothy J. Capurso
Timothy J. Capurso, Esquire
Client Protection Fund ID: 9712160106
Gordon Feinblatt LLC
1001 Fleet Street, Suite 525
Baltimore, Maryland 21202
Tele: (410) 576-4110
Fax: (410) 576-4034
tcapurso@gfrlaw.com

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| LI FU<br>5026 Autumn Glow Way<br>Perry Hall, MD  21128 | * | IN THE |
| | * | CIRCUIT COURT |
| and | * | FOR |
| WEIPING SHEN<br>5026 Autumn Glow Way<br>Perry Hall, MD  21128 | * | BALTIMORE CITY |
| | * | |
| Plaintiffs | * | |
| v. | * | |
| RUSALBEK ALLABERGANOV<br>571 Selma Street<br>Philadelphia, PA  19116 | * | |
| | * | |
| and | * | |
| DONIYOR TRANSPORTATION, INC.<br>571 Selma Street<br>Philadelphia, PA  19116<br>SERVE ON:  Rusalbek Allaberganov<br>Doniyor Transportation, Inc.<br>10900 Bustleton Avenue, B-106<br>Philadelphia, PA  19116 | * | |
| | * | |
| | * | |
| | * | CASE NO.: |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEMAND FOR JURY TRIAL

NOW COMES Li Fu and Weiping Shin, Plaintiffs, by and through their attorneys Timothy J. Capurso, and Gordon Feinblatt LLC, pursuant to the Maryland Rules of Procedure, Rule 2-325, and hereby demand a trial by jury of all issues triable of right by jury.

                                    Timothy J. Capurso, CPF ID: 9712160106
                                    Gordon Feinblatt LLC
                                    1001 Fleet Street, Suite 525
                                    Baltimore, Maryland  21202
                                    Tele: (410) 576-4110 / Fax: (410) 576-4034
                                    tcapurso@gfrlaw.com
                                    *Attorneys for Plaintiffs*