CIRCUIT COURT FOR BALTIMORE CITY
Marilyn Bentley
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
                                        Case Number: 24-C-21-002775 MT
                                           C I V I L
Li Fu, Et Al. Vs Rusalbek Allaberganov, Et Al.

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: RUSALBEK ALLABERGANOV
        571 Selma St
        Philadelphia, PA 19116


    You are hereby summoned to file a written response by pleading or motion,
within 60   days after service of this summons upon you, in this court, to
the attached Complaint filed by:  Weiping Shen
                                  5026 Autumn Glow Way
                                  Perry Hall, MD 21128

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
Maryland


Date Issued:   06/16/21            *Marilyn Bentley*
                            _____
                            Marilyn Bentley
                            Clerk of the Circuit Court   per


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Marilyn Bentley
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T   O F   S U M M O N S   (P r i v a t e   P r o c e s s)

Case Number: 24-C-21-002775 MT
C I V I L

Li Fu, Et Al. Vs Rusalbek Allaberganov, Et Al.

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

        To: RUSALBEK ALLABERGANOV
            571 Selma St
            Philadelphia, PA 19116


     You are hereby summoned to file a written response by pleading or motion, within 60  days after service of this summons upon you, in this court, to the attached Complaint filed by:  Weiping Shen
                                             5026 Autumn Glow Way
                                             Perry Hall, MD 21128

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland


Date Issued:  06/16/21                    _Marilyn Bentley_
                                          Marilyn Bentley
                                          Clerk of the Circuit Court  per


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.